**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TEXARKANA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **V.** | § | **5:06-CR-42(1)** |
| | § | |
| **PAUL HALL** | § | |

## MEMORANDUM ORDER

The above-entitled and numbered criminal action was heretofore referred to United States Magistrate Judge Caroline M. Craven pursuant to 28 U.S.C. § 636. The Report of the Magistrate Judge which contains her proposed findings of fact and recommendations for the disposition of such action has been presented for consideration. No objections were filed to the Report and Recommendation. The Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct. Therefore, the Court hereby adopts the Report of the United States Magistrate Judge as the findings and conclusions of this Court. Accordingly, it is hereby

**ORDERED** that Defendant's plea of true to the allegations is **ACCEPTED**. It is further

**ORDERED** that Defendant's supervised release is **REVOKED**. Based upon Defendant's plea of true to the allegations, the Court finds Defendant violated his conditions of supervised release. It is further

**ORDERED** that Defendant is committed to the custody of the Bureau of Prisons to be imprisoned for a term of three months with no term of supervised release to follow. It is further

**ORDERED** that all criminal monetary penalties are imposed as previously ordered in the final judgment, and all payments collected will be credited towards outstanding balances. Specifically, Defendant shall pay restitution in the amount of $250,804.53 to the victim listed in the original judgment. The restitution is due immediately, payable by cashier's check or money order,

to the United States District Court and forwarded to the United States District Clerk's Office, P.O.

Box 570, Tyler, Texas 75710.

        **SIGNED this 14th day of December, 2010.**

DAVID FOLSOM
UNITED STATES DISTRICT JUDGE